

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-21-00012-CV

Pradyumna Chary **MUMMADY**, M.D.,
Appellant

v.

Zulema **CABRERA**, Individually and on Behalf of the Estate of David Cabrera, deceased,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVB-000897D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellees' brief was due on March 29, 2021. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion to extend the brief due date to April 22, 2021, due to work-related time constraints.

Appellees' motion is GRANTED. Appellees' brief is due on April 22, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court